# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PATRICK MCCREESH,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 5:20-cv-09430-NC<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation to Dismiss Action With Prejudice, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice. Each party is to bear their own attorneys' fees and costs.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

DATED: July 7, 2021

_____
HON. NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

*GRANTED*
*Judge Nathanael M. Cousins*